Accordingly, we find the Commission erred in affirming the Tribunal's decision that Rush committed misconduct connected with work as defined by section 288.030.1(23) because the facts relied on by the Commission, which we accept as conclusive, do not support the conclusion that Rush acted negligently to a degree as to manifest culpability.

### Conclusion

Rush acted neither willfully nor with the degree of negligence sufficient to justify a finding of "misconduct" under section 288.030.1(23). The Commission therefore erred in denying Rush benefits. We therefore reverse and remand for proceedings consistent with this opinion.

JOSEPH M. ELLIS and VICTOR C. HOWARD, Judges, concur.

Shelly A. Kintzel, Jefferson City, MO and Martin L. Perron, St. Louis, MO, for respondent.

Before: MARK D. PFEIFFER, P.J., and THOMAS H. NEWTON and ALOK AHUJA, JJ.

### ORDER

PER CURIAM:

Gracie Harris appeals from a Final Award Denying Compensation issued by the Labor and Industrial Relations Commission, which adopted a decision of the Division of Employment Security's Appeals Tribunal denying Harris' claim for unemployment compensation. We, affirm. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).

**Gracie HARRIS, Appellant,**

v.

**ABM JANITORIAL SERVICES–NORTH CENTRAL, INC. and Division of Employment Security, Respondents.**

**No. WD 72611.**

Missouri Court of Appeals, Western District.

April 12, 2011.

Arthur J. Neuhedel, Overland Park, KS, for appellant.

**STATE of Missouri, Respondent,**

v.

**Kimberlie L. HOWARD, Appellant.**

**No. WD 71618.**

Missouri Court of Appeals, Western District.

April 12, 2011.

Margaret M. Johnston, Columbia, MO, for appellant.